*McMahon, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
DAVID S. HANDSMAN,
individually and on behalf of all others
similarly situated,                                              08 Civ. 3849 (CM)

                      Plaintiff,

                                                  **STIPULATION AND**
      - against -                                              **ORDER**

BUMBLE AND BUMBLE, LLC,
d/b/a BUMBLE AND BUMBLE and
DOES 1 through 10, inclusive,

                    Defendants.
-----------------------------------------------------------x

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the time of the defendant named herein as Bumble and Bumble, LLC, d/b/a Bumble and Bumble, to answer, move or otherwise respond to the complaint is extended from May 14, 2008 through and including June 13, 2008.

Dated: New York, New York
         May 12, 2008

GERSTEN SAVAGE LLP                                        BUMBLE AND BUMBLE, LLC

By: _____                               By: _____
    James D. Fornari (JF-3433)                                Teena H. (Kim) Lee (TK 3073)

Attorneys for Plaintiff                                          Attorneys for Defendant
600 Lexington Avenue                                          767 Fifth Avenue
New York, New York 10022                                   New York, New York 10153
(212) 752-9700                                                    (212) 277-2345

SO ORDERED:

_____
Colleen McMahon
U.S.D.J.

5-13-08

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/08